

**FILED**

JUL 23 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana



**FILED**

07/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0579



## IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
## HELENA, MONTANA 59620-3003

Supreme Court No.
DA 19-0579

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

CHRISTOPHER W. ROBERTSON,

     Defendant and Appellant.

**GRANT OF EXTENSION**

    Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until August 5, 2020, to prepare, file, and serve the Appellant Reply brief.

DATED this July 23, 2020

Bowen Greenwood
Clerk of the Supreme Court

c:    Christopher W. Robertson, Martin D. Lambert, Michael Patrick Dougherty